**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                TELEPHONE (334) 954-3600

November 22, 2006

## NOTICE OF REASSIGNMENT

RE:   Vickie L. Barnette et al v. Dollar Tree Stores, Inc. Et al
      Civil Action No. 2:06cv01030-WKW

The above-styled case has been reassigned to District Judge Mark E. Fuller.

Please note that the case number is now 2:06cv01030-MEF. This new case number should be used on all future correspondence and pleadings in this action.

Sincerely,

Sheryl K. Lent
Deputy Clerk