IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VICKIE L. BARNETTE, *et al.,* | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) CASE NO. 2:06-cv-1030-MEF |
| | ) |
| DOLLAR TREE STORES, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the plaintiffs' Motion to Remand (DOC. #4) filed on December 5, 2006, it is hereby

ORDERED that the defendants file its response which shall include a brief and any evidentiary materials on or before December 20, 2006. The plaintiffs may file a reply brief on or before December 29, 2006.

DONE this the 8th day of December, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE