IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| Vickie L. Barnette and Earl Barnette, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| vs. | * | Case #: 2:06-cv-01030-MEF |
| | * | |
| Dollar Tree Stores, Inc., et al., | * | |
| | * | |
| Defendants. | * | |

## CONFLICT DISCLOSURE STATEMENT

In accordance with the Order of this Court, Dollar Tree, an undersigned party to the above-captioned matter does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnerships, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities are hereby reported:

| | |
|---|---|
| Parent company: | Dollar Tree Stores, Inc. |
| Subsidiary companies: | Dollar Tree Management, Inc. |
| | DT Ollies, LLC |
| | Dollar Tree Distribution, Inc. |
| | Dollar Tree Air, Inc. |
| | Keystone Management, Inc. |
| | Greenbrier International, Inc. |
| | DT Keystone Distribution, Inc. |
| | DT Keystone Distribution, LLC |
| | Keystone Distribution, RLLLP |
| | DTSD Realty Trust |
| | Dollar Tree Properties, Inc. |
| | DTD Tennessee, Inc. |
| | DT Sourcing HR, Limited |

Respectfully submitted this the 6th day of March, 2007.

        /s/Megan K. McCarthy
RICK A. HOWARD (HOW045)
MEGAN K. MCCARTHY (MCC149)
Attorneys for Dollar Tree Stores, Inc., and
Eugene Hamrick

OF COUNSEL:
Nix, Holtsford, Gilliland, Higgins & Hitson, P.C.
P.O. Box 4128
Montgomery, AL 36103-4128
334-215-8585
334-215-7101 - Facsimile
mmccarthy@nixholtsford.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day sent by mail, postage prepaid, an exact copy of the foregoing document to:

Russell Lee Irby, Esq.
Albert H. Adams, Jr., Esq.
Post Office Box 910
Eufaula, Alabama 36027

James L. Martin, Esq.
P.O. Box 14
Eufaula, AL 36027

This the 6th day of March, 2007.

        /s/Megan K. McCarthy
OF COUNSEL